UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

**SUSAN M. WINSLOW,**

Plaintiff,

v.

**IDS LIFE INSURANCE COMPANY,**

Defendant.

Civil No. 3-96-75 (MJD/JGL)

**Minutes and Order**

---

APPEARANCES

Roderick J. Macpherson III, Esq., for Plaintiff.

Doreen A. Mohs, Esq., for Defendant.

---

A hearing was held on August 8, 2001 before United States Magistrate Judge Jonathan Lebedoff on Plaintiff's Motion to Enforce Settlement (Doc. No. 148). The parties resolved the motion prior to the hearing. (Pl. Ex. 1.) The motion was therefore **DENIED AS MOOT** from the Bench.

Dated: August 8, 2001

_____
JONATHAN LEBEDOFF
United States Magistrate Judge

AUG 0 8 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK_____